IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM L. HARRIS, III, and <br> ADRIANE L. HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC., <br> SUNTRUST BANKS, INC., and <br> MORTGAGE ELECTRONIC <br> REGISTRATION SYSTEM, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:09CV925 |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

On review, **IT IS RECOMMENDED** that Plaintiffs' motion for a temporary restraining order or preliminary injunction (Docket No. 27) be denied. The motion, filed May 14, 2010, seeks relief against a foreclosure sale said to be scheduled for March 11, 2010. The motion makes no sufficient showing of irreparable harm or likelihood of success on the merits. The motion is not accompanied by a brief. *See* LR7.3(a).

                                                      /s/ P. Trevor Sharp
                                          United States Magistrate Judge

Date: June 4, 2010